**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO.: 8:23-cv-00272

JOSE COSTACAMPS,

      Plaintiff,

  v.

INTERSTATE VAN LINES, INC.
and JOHN DOE as manager,

      Defendants.

_____/

## FIRST AMENDED COMPLAINT

COMES NOW, the Plaintiff, and hereby sues, Defendants and alleges as follows:

1. This is an action for damages in excess of fifty thousand ($50,000.00) dollars yet is uncertain whether it exceeds $75,000.

2. The Plaintiff is a resident of Hillsborough County and, at all times material hereto, was and is sui juris.

3. The Defendant, INTERSTATE VAN LINES, INC. (hereinafter "INTERSTATE") is a Foreign Profit Corporation and is subject to the jurisdiction of this Court.

4. The Plaintiff hired INTERSTATE to move him to his new residence. As part of that move, the INTERSTATE was required to reassemble the Plaintiff's bedframe at the Plaintiff's new residence.

## COUNT I – NEGLIGENCE v. INTERSTATE

5. The Plaintiff incorporates all of the allegations contained in Paragraphs

1-4 above as if fully set forth herein.

6.    On or about August 29th, 2021, INTERSTATE moved Plaintiff's property and belongings to his new residence located at or near 10605 Rochester Way in Hillsborough County, FL which is hereinafter referred to as "the residence".

7.    INTERSTATE by or through its agents or servants (the negligence of which they are liable for), negligently caused Plaintiff to fall to the floor of the residence by performing or failing to perform one or more of the following acts:

A.    By carelessly and negligently assembling the Plaintiff's bed frame. Defendant created a dangerous condition at the residence, to wit: a bed frame that was improperly assembled and was at risk of collapsing;

B.    By failing to correct a dangerous condition, to wit: a negligently assembled bed frame that could easily collapse of which INTERSTATE knew or should have known by the use of reasonable care, would pose a hazard to anyone who would be using the bed at the residence, specifically, the Plaintiff;

C.    By negligently failing to warn the Plaintiff of the dangerous condition, to wit: a negligently assembled bed frame, which INTERSTATE had, or should have had, greater knowledge of than that of the Plaintiff.

D.    INTERSTATE created a dangerous condition, to wit: a hazard consisting of a negligently assembled bedframe, to the anyone using the bed at the residence, specifically, the Plaintiff;

E.    That because of Defendant's negligent assemblage of the bedframe, Defendant knew or should have known of the dangerous condition and the dangers posed by same.

9.    As a direct and proximate result of Defendant's commission of one or more of the negligent acts or omissions set forth above in 8(A-E), as aforesaid, the Plaintiff,

suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, aggravation and/or acceleration of pre-existing condition(s), loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and the loss of ability to earn money in the past and in the future. The losses are either permanent or continuing in nature and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff demands judgment for damages against the Defendant costs of this action, and such other further equitable and legal relief as this Court may deem appropriate, and furthermore demand trial by jury of all issues so triable as of right by jury.

Dated: **04/20/2023**

Respectfully submitted,

*/s/ Stephen J. Stefanik*
Stephen J. Stefanik, Esquire
FBN: 118438
WOLFSON & LEON
3399 SW 3rd Ave
Miami, FL 33145
Phone: (305) 285-1115
Facsimile: (305) 285-1608
Email: steve@wolfsonlawfirm.com
Attorneys for Plaintiff

I HEREBY CERTIFY that on April 20, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**LUKS, SANTANIELLO, PETRILLO, COHEN, & PETERFRIEND**
Jacob S. Gordon, Esq.
FBN: 125004
100 N. Tampa Street, Suite 2120
Tampa, FL 33602
Telephone: (813) 226-0081
Fax: (813) 226-0082
Attorneys for Defendant
lukstpa-pleadings@ls-law.com

**WOLFSON & LEON**
*Attorneys for Plaintiff*
3399 S.W. 3rd Avenue
Miami, FL 33145
Telephone (305) 285-1115
Facsimile (305) 285-1608
Steve@wolfsonlawfirm.com
eservice7@wolfsonlawfirm.com

By: _____
    STEPHEN J. STEFANIK, ESQ.
    FLA BAR NO. 118438